# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHARLEY J. WILLIE,

      Plaintiff,

     v.                                            24-cv-1175-DHU-KK

FRANK J. BISGNANO[1], Commissioner
of the Social Security Administration,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on United States Magistrate Judge Kirtan Khalsa's Proposed Findings and Recommended Disposition (Doc. 26), filed February 20, 2026. The parties have not filed any objections. The Tenth Circuit has held "that a party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1060 (10th Cir. 1996). The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *Id.* at 1059.

**IT IS THEREFORE ORDERED** that the Court adopts the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 26).

---

[1] Frank J. Bisgnano was confirmed as the Commissioner of the Social Security Administration on May 6, 2025, and is automatically substituted as a party under 42 U.S.C. § 405(g) and Federal Rule of Civil Procedure 25(d)

2

**IT IS FURTHER ORDERED** that Mr. Willie's Motion for an Award of Immediate Benefits or to Reverse and Remand to Agency ("Motion"), filed April 16, 2025 (Doc. 16) seeking reversal of the Commissioner's unfavorable decision and remand for an immediate award of benefits is **GRANTED**, the Commissioner's final decision is **REVERSED**, and this matter is **REMANDED** to the Commissioner for an immediate award of benefits in accordance with the Magistrate Judge's Proposed Findings and Recommended Disposition and this Order.

**THE HONORABLE DAVID H. URIAS**
**UNITED STATES DISTRICT JUDGE**